**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

SHELIA BRUIN-BLAKE,

    Plaintiff,

    v.

PROFIT SERVICES GROUP, LLC; and
JANE DOE, individually,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-347

**O R D E R**

On March 24, 2020, after being advised that Plaintiff had reached a settlement with Defendant Profit Services Group, LLC, the Court entered an Order administratively closing this case. (Doc. 9.) In the Order, the Court provided the parties with a time period to present—if they so desired—a dismissal judgment incorporating the terms of the settlement, so the Court could retain jurisdiction to enforce the agreement. (Id.) That time period has passed and, rather than filing a dismissal that includes the terms of the agreement, Plaintiff has recently filed a Notice of Voluntary Dismissal, in which she dismisses the action against Defendant Profit Services Group, LLC, with prejudice. (Doc. 10.) Profit Services Group, LLC, has not filed an answer or a motion for summary judgment.

Notably, however, Plaintiff's Complaint asserts claims against an additional Defendant: "Jane Doe, individual," whom the Complaint describes as an "unidentified employee of [Profit Services Group]." (See doc. 1.) Plaintiff's Notice of Settlement, (doc. 7), and Notice of Voluntary Dismissal, (doc. 10), make no reference to Jane Doe or the claims pending against her, and neither document indicates an intent to dismiss those claims or to dismiss the case in its entirety.

Accordingly, the Court **DIRECTS** the Clerk of Court to **REOPEN** the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES** all claims against Defendant Profit Services Group, LLC, **with prejudice**, and **DIRECTS** the Clerk of Court to update the docket accordingly. The Court further **ORDERS** Plaintiff, within **FOURTEEN (14) DAYS** of this Order, to either dismiss the claims against Defendant Jane Doe, or file a written notice indicating that she intends to proceed against Defendant Jane Doe and stating, in detail: (1) the efforts she has undertaken since filing the Complaint to determine Doe's identity; and (2) all identifying information regarding Doe that she has obtained since filing the Complaint. **Should Plaintiff fail to comply with this Order, the Court will deem her claims against Jane Doe abandoned and will dismiss those claims and close this case.**

**SO ORDERED**, this 1st day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA